UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-244 (PAM)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION FOR RESENTENCING** |
| v. | ) | **AND RELEASE PURSUANT TO** |
| | ) | **18 U.S.C. § 3582(c)(2)** |
| LAWRENCE SEDRIC ROWAN, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant, Lawrence Sedric Rowan, respectfully moves the Court to reduce his term of imprisonment pursuant to 18 U.S.C. § 3582(c)(2) from 151 months to 121 months.

The retroactive application of the amended November 1, 2007 Sentencing Guidelines for crack cocaine offenses is straightforward in this case. Mr. Rowan's original guideline range was based on a total offense level 31, and a criminal history category IV, resulting in a guideline range of 151 to 188 months. The Court imposed a sentence of 151 months in custody.

Applying the November 1, 2007, crack cocaine guideline amendments reduces Mr. Rowan's total offense level from 31 to level 29, resulting in new guideline range of 121 to 151 months.

Mr. Rowan has a current BOP release date of January 6, 2012; with a sentencing reduction of 30 months he would be eligible for release from BOP custody in approximately June 2009.

Accordingly, Lawrence Rowan moves the Court to issue an Order reducing his sentence to 121 months. A proposed Order is enclosed for the Court's convenience.

Dated: May 23, 2008

Respectfully submitted,

*s/Lyonel Norris*

LYONEL NORRIS
Attorney ID 165888
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415