UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-244(03)(PAM)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>LAWRENCE SEDRIC ROWAN,<br>Defendant. | RESPONSE OF THE UNITED STATES TO DEFENDANT'S MOTION FOR RESENTENCING PURSUANT TO 18 U.S.C. § 3582(c)(2) |

The United States of America, by and through its attorneys, Frank J. Magill, Jr., Acting United States Attorney, and Nathan P. Petterson, Assistant United States Attorney, submits this memorandum in response to defendant's motion for resentencing and release pursuant to 18 U.S.C. § 3582(c)(2). The United States agrees that defendant Lawrence Sedric Rowan is eligible for a sentence reduction under the new crack cocaine guideline, Amendment 706, which went into effect on March 3, 2008.

Defendant pled guilty pursuant to a plea agreement in which the parties agreed defendant was accountable for one kilogram of cocaine, and 452 grams of cocaine base ("crack"). (Plea Agreement, at 1). The total offense level was 31, and defendant's criminal history category was IV, resulting in a guideline sentencing range of 151 to 188 months. This Court imposed a sentence of 151 months.

Applying the amended crack cocaine guideline, the total offense level is 29, the criminal history category IV, for a revised guideline range of 121 to 151 months. The United States has no objection to the proposed order submitted by defendant, which

reduces his sentence from 151 months imprisonment to 121 months imprisonment.

Dated: May 28, 2008

FRANK J. MAGILL, JR.
Acting United States Attorney

*s/ Nathan P. Petterson*

BY: NATHAN P. PETTERSON
Assistant U.S. Attorney
Attorney ID No. 151506