# CERTIFICATE OF SERVICE

UNITED STATES OF AMERICA,

Plaintiff,

v. Case Number: 00-244(03)(PAM)

LAWRENCE SEDRIC ROWAN,

Defendant.

I hereby certify that on May 28, 2008, I served, or caused to be served, the following documents:

RESPONSE OF THE UNITED STATES TO DEFENDANT'S MOTION FOR RESENTENCING PURSUANT TO 18 U.S.C. § 3582(c)(2)

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF, which constitutes service on the following ECF participants, pursuant to the ECF Procedures for the District of Minnesota:

Lyonel Norris
Office of the Federal Defender
Email: lyonel_norris@fd.org

I certify, further, that I served, or caused to be served the above-listed documents to non-ECF participants by placing a copy in an envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and delivering by mail to:

Lawrence Sedric Rowan, PRO SE
09609-041
USP - Leavenworth
P.O. Box 1000
Leavenworth, KS 66048

FRANK J. MAGILL, JR.
Acting United States Attorney

*s/ Regina M. Hammes*

BY: REGINA M. HAMMES
Legal Assistant